C. L. SAUNDERS, as Tax Collector of Clay County, Florida, et al., v. CITY OF JACKSONVILLE, a municipal corporation.

25 So. (2nd) 648                January, Term, 1946
April 2, 1946                        En Banc
Rehearing denied April 24, 1946

*T. J. Jennings, Jr., J. Tom Watson,* Attorney General, *Fred M. Burns, George M. Powell* and *T. Paine Kelly,* Assistant Attorneys General, for petitioners.

*William M. Madison-*and *Gov Hutchinson,* for respondent.

ADAMS, J.:

The petition for interlocutory certiorari is hereby denied and the order dated September 14, 1945, be and the same is hereby affirmed upon authority of the opinion and judgment this day made and entered by this Court in the companion case in which the issues, parties and subject matter of the litigation are identical.

It is so ordered.

TERRELL, THOMAS and SEBRING, JJ., concur.

CHAPMAN, C. J., BROWN and BUFORD, JJ., dissent.